U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED
JUL 2 2 2008
ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| CHRIS BARKER, individually and on behalf of his minor son, CADDEN BARKER | CIVIL ACTION NO. 06-0822 |
| -vs- | JUDGE DRELL |
| RENTAL SERVICE CORPORATION OF SOUTHWEST LOUISIANA, INC. d/b/a RENTAL SERVICE CORPORATION, et al. | MAGISTRATE JUDGE KIRK |

## RULING

Before the Court is an unopposed motion for summary judgment (Doc. 73) filed by defendant Rental Service Corporation of Southwest Louisiana, Inc. d/b/a Rental Service Corporation ("RSC"), seeking dismissal of all of the claims against it by the plaintiff, Chris R. Barker, individually and on behalf of his minor son, Cadden Barker. For the reasons set forth below, the motion will be granted.

Pursuant to LR56.1, RSC attached to its motion a statement of material facts, which, because it is supported by record evidence and is unopposed, we deem admitted pursuant to LR56.2. In light of those uncontested facts, and under the Fed. R. Civ. P. 56 standards, RSC's memorandum in support capably states the legal basis for granting the motion. Accordingly, we adopt those reasons as our own. Because RSC is not the lift manufacturer; RSC was not independently negligent regarding the lift; and there is no evidence regarding collusion or collaboration between RSC and any other party, RSC is

entitled to summary judgment under applicable law, including the Louisiana law of redhibition, negligence, and the Louisiana Products Liability Act, La. R.S. § 9:2800.51 et seq.

For the foregoing reasons, RSC's motion for summary judgment (Doc. 73) is GRANTED. By separate judgment, all of the claims against RSC by the plaintiff, Chris R. Barker, individually and on behalf of his minor son, Cadden Barker, will be dismissed with prejudice.

SIGNED on this 22 day of July, 2008 at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE